**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MENCER, | ) | CASE NO. 5:08 CV 2561 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | MEMORANDUM OPINION |
| SECURITY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White.  The Report and Recommendation, filed on May 7, 2009, is ADOPTED by this Court (ECF # 14), and Plaintiff's Motion to Dismiss is GRANTED (ECF # 13).

This matter was referred to Magistrate Judge White by automatic reference of administrative action pursuant to 28 U.S.C. § 636 and Local Rule 72.2.  On May 7, 2009, Magistrate Judge White recommended that this Court grant Plaintiff's Motion, and dismiss this case in its entirety.  Defendant did not file any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo*.  *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge White's Report and Recommendation to be correct.  Therefore, the Report and Recommendation (ECF # 14) is ADOPTED, Plaintiff's Motion to Dismiss is GRANTED (ECF # 13), and this case is hereby DISMISSED in its entirety.  This case is TERMINATED.

IT IS SO ORDERED.

                                                  *s/ Donald C. Nugent*
                                                  DONALD C. NUGENT
                                                  United States District Judge

DATED: June 4, 2009